633 P.2d 576

**Katherine KOESTER, Plaintiff-Respondent,**

v.

**Milton G. KLEIN, individually as Director of Idaho Department of Health of Idaho Department of Health and Welfare, and State of Idaho, Department of Health and Welfare, Defendants-Appellants.**

**Maudie McATEER, Plaintiff-Respondent,**

v.

**STATE of Idaho, Department of Health and Welfare, Defendant-Appellant.**

**Nos. 13107, 13219.**

Supreme Court of Idaho.

Aug. 27, 1981.

David H. Leroy, Atty. Gen., Boise, David K. Robinson, Jr., James A. Raeon, Deputy Attys. Gen., Coeur d'Alene, for defendants-appellants.

Marc McGregor, Coeur d'Alene, for plaintiff-respondent.

PER CURIAM.

These consolidated appeals are both from awards of attorney's fees against the state defendant. In neither case does the record contain a final judgment. The appeals are therefore dismissed.